# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

THOMAS CAFFREY                                                                               PLAINTIFF

v.                                       4:17CV00471-JM-JTK

DOC HOLIDAY, et al.                                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that Defendants Holiday, Brawley, and Pulaski County Detention Facility are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 3rd day of October, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE