**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

THOMAS CAFFREY,                                                                                PLAINTIFF
#28725009

v.                                              4:17CV00471-JM-JTK

DOC HOLIDAY, et al.                                                                            DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   There have been no objections.   After a review of those proposed findings and recommendations, the Court adopts them in their entirety.   Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 23) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 19th day of June, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE